IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN AND THERESA BACON, :
    Plaintiffs :
             :   No. 1:18-cv-01686
v. :
             :   (Judge Kane)
USAA CASUALTY INSURANCE :
COMPANY, :
    Defendant :

# ORDER

**AND NOW**, on this 6th day of May 2019, upon consideration of Defendant USAA Casualty Insurance Company ("Defendant USAA")'s Motion to Strike Immaterial/Impertinent Matter (Doc. No. 5), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant USAA's Motion to Strike (Doc. No. 5) is **GRANTED IN PART** and **DENIED IN PART**, as follows: the motion is **GRANTED** as to paragraphs 10 and 11 of Plaintiffs' complaint (Doc. No. 1-3, Exhibit H), and **DENIED** as to paragraphs 29 and 30 of Plaintiffs' complaint (Doc. No. 1-3, Exhibit H); and

2. Defendant USAA shall file an answer to Plaintiffs' complaint within twenty-one (21) days of the date of this Order.

                s/ Yvette Kane
                Yvette Kane, District Judge
                United States District Court
                Middle District of Pennsylvania